# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

**MEMO ENDORSED**

January 23, 2017

**VIA ECF and E-Mail**
The Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/17

Re:   *Amanie Riley v. Belleclaire Hotel, L.L.C.*
      Case No. 16-CV-8824 (RJS)

Dear Judge Sullivan:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die*.

We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ *C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

In light of the parties' contemplated settlement in principle, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. See *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of the Court is respectfully requested to close this case.

SO ORDERED
Dated: 1/23/17
RICHARD J. SULLIVAN
U.S.D.J.